Filed
8/6/2015 3:35:37 PM
Esther Degollado
District Clerk
Webb District
Teresa Jaime
2014-TXA-000750-D2

CAUSE NO. 2014-TXA-000750-D2

| | | |
|---|---|---|
| THE UNITED INDEPENDENT SCHOOL DISTRICT | § § § | IN THE DISTRICT COURT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/7/2015 1:39:34 PM
KEITH E. HOTTLE
Clerk

AND §

THE LAREDO COMMUITY COLLEGE §
§
v. §
§ 111th JUDICIAL DISTRICT
§
LEONARDO MANZANEDO, ESTEBEN §
LOZANO, BEKALAR, INC., ASA GROUP §
LTD. § WEBB COUNTY, TEXAS

## NOTICE OF APPEAL

Notice is hereby given pursuant to Tex. R. App. P. 26.1 (a) (1) that the Defendant, ASA Group, Ltd., appeals from the Final Judgment signed on May 13, 2015. Defendant timely filed a Motion for New Trial on June 12, 2015 and that Motion was overruled by operation of law on July 26, 2015. Defendant intends to appeal from the Final Judgment, as well as all other adverse interlocutory rulings that merged into the judgment.

The Final Judgment and all orders were signed in Cause No. 2014-TXA-000750-D2, styled *United Independent School District and the Laredo Community College v. Leonardo Manzanedo, Esteban Lozano, Bekalar, Inc. and ASA Group, Ltd.,* in the 49th Judicial District Court of Webb County, Texas. The appeal will be taken to the Fourth Court of Appeals, sitting in San Antonio, Texas.

Respectfully submitted,

**TREVIÑO, VALLS & HAYNES, L.L.P.**
6909 Springfield Ave., Suite 200
Laredo, Texas  78041
Telephone:  956.722.1417
Facsimile:   956.791.0220
E-mail:  ahaynes@tvhlawfirm.com


BY:_____
**ALISON WHITE HAYNES**
State Bar of Texas No.  00794840
**STEPHEN L. DITTLINGER**
State Bar of Texas No. 05900500

**ATTORNEYS FOR DEFENDANT
ASA GROUP, LTD.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record, pursuant to Rule 21a, Texas Rules of Civil Procedure, on this the 6th day of August, 2015.

Jose Luis Castillo
Castillo, Montemayor & Solis, P.C.
7718 McPherson Road, Suite F-105
Laredo, Texas 78045
     *Attorney for Webb County*

Guillermo Alarcon
Alarcon & Saenz, PLLC
1302 Washington Street
Laredo, Texas 78040
     *Attorney for UISD and City of Rio Bravo*

Russell Meurer
Kazen, Meurer & Perez
211 Calle del Norte
Laredo, Texas 78041
     *Attorney for LCC*

Flores, Flores, Canales & Chu, PLLC
5517 McPherson Road, Suite 14
Laredo, Texas 78041
    *Attorney for City of Laredo*


Linebarger Goggan Blair & Sampson, LLP
500 N. Shoreline Blvd., Suite 1111
Corpus Christi, Texas 78474
    *Attorney for Webb Consolidated ISD*


Maria Elena Morales
1514 Victoria Street, Suite 1
Laredo, Texas 78040
    *Attorney for City of El Cenizo*


_____
STEPHEN L. DITTLINGER